IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

SHIRLEY MAE LEWIS,          )
                                )
        Plaintiff,          )
                                )
    v.                 )CIVIL ACTION NO. 1:07-CV-1120-TFM
                                )
MICHAEL J. ASTRUE,         )
COMMISSIONER OF SOCIAL SECURITY,  )
                                )
        Defendant.      )

## ORDER

Pending before the Court is Defendant's *Motion for Extension of Time* (Doc. 17, filed

July 3, 2008). For good cause shown, it is **ORDERED** that the motion is **GRANTED**.

Defendant's brief is now due on **August 6, 2008**.

DONE this 3rd day of July, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE